MORRIS FEINSTEIN et al., Appellants, v. ARTHUR A. KAYE et al., Individually and as Copartners Doing Business under the Name of MONROE, BYRNE & KAYE, et al., Respondents. LILLIAN FEINSTEIN et al., Appellants, v. BROOKLYN EDISON COMPANY, INC., Respondent. (Action No. 1.) MORRIS FEINSTEIN, Appellant, v. BROOKLYN EDISON COMPANY, INC., Respondent. (Action No. 2.) — Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Hagarty, Carswell, Johnston and Adel, JJ. [See 269 App. Div. 1044.]

MADELINE GALLAGHER et al., Respondents, v. CITY OF NEW YORK, Appellant-Respondent, and LONG ISLAND RAILROAD COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Hagarty, Carswell, Johnston and Adel, JJ. [See 269 App. Div. 1052.]

In the Matter of the CITY OF NEW YORK, Acting for and on Behalf of the New York City Housing Authority, Relative to Acquiring Real Property Within the Area Bounded Generally by Rockaway Avenue, Stone Avenue, Dumont Avenue and Sutter Avenue, in the Borough of Brooklyn (Brownsville Houses). SOUTHLAND BEVERAGE Co., INC., Appellant; CITY OF NEW YORK et al., Respondents.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Hagarty, Carswell, Johnston and Adel, JJ. [See 269 App. Div. 1054.]

In the Matter of P. WALKER MORRISON et al., as Trustees, Respondents, against BRIGHTON OPERATING CORP., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Hagarty, Carswell, Johnston and Adel, JJ. [See 269 App. Div. 1045.]

MARVIN JESSIE, Appellant, v. KELLY-MUTUAL CREDIT CLOTHING Co., INC., Respondent.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Carswell, Johnston and Adel, JJ.; Lewis, P. J., not voting. [See 269 App. Div. 1061.] [See post, p. 811.]